## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUIS FERNANDO GARCIA MONROY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN RIFE, Acting Field Office Director of** | : | |
| **Enforcement and Removal Operations,** | : | |
| **Philadelphia Field Office, Immigration and** | : | |
| **Customs Enforcement, JAMAL L. JAMISON,** | : | |
| **Warden of Philadelphia Federal Detention Center:** | | **NO. 26-1374** |

### ORDER

**NOW**, this 4th day of March, 2026, upon consideration of petitioner Luis Fernando Garcia Monroy's Petition for Writ of Habeas Corpus (Doc. No. 1), **IT IS ORDERED** that the motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1.      Garcia Monroy shall serve a copy of the Petition for Writ of Habeas Corpus on the respondents and file proof of service **today, March 4, 2026**.

2.      No later than **March 7, 2026**, the respondents shall file a response to the petition and show cause why the petition should not be granted.

3.      Garcia Monroy shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

TIMOTHY J. SAVAGE, J.